# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2281
_____

A & S TREE SERVICE, LLC and
KEVIN KRAMER,

     Petitioners,

     v.

REGINALD MOORE,

     Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 23, 2024

PER CURIAM.

     DISMISSED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Wayne T. Hrivnak of Law Office of Davis, Giardino, Hrivnak & Okon, PLLC, West Palm Beach, for Petitioners.

Gregory Thacker of Thacker and Mulvihill, PLLC, Clearwater, for Respondent.